FILED
2005 Mar-21 PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **RYAN HEBERT, a minor, by and through his parents Ronald and Rebecca Hebert, as next friends; RONALD HEBERT, an individual; and REBECCA HEBERT, an individual,**<br><br>   Plaintiffs,<br><br>**vs.**<br><br>**MIKE GRIFFIN, in his individual capacity as an employee of the Tuscaloosa County Board of Education,**<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action Number<br>)   **7:02-cv-01212-UWC**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Court adopts herein by reference its Memorandum Opinion of March 7, 2003. From the Plaintiffs' point of view, subsequent discovery has confirmed the factual averments of the Complaint.

A reasonable jury, crediting Plaintiff's evidence presently in the record, could well conclude that under all the circumstances, Defendant's December 2001 harsh paddling of Plaintiff was indeed "tantamount to arbitrary, egregious, and conscience-shocking behavior." *Neal v. Fulton County Bd. of Ed.,* 229 F. 3d 1069

(11th Cir. 2000).

Because of the existence of genuinely disputed factual issues, Defendant's Motion For Summary Judgment is due to be DENIED. (Doc. 42.)

The case will be set for trial in fairly short order.

Done this 21st day of March, 2005.

_____
U.W. Clemon
Chief United States District Judge